**DISMISS and Opinion Filed September 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00703-CV**

**THE CITY OF UNIVERSITY PARK, Appellant**
**V.**
**VERONICA GARCIA, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04347-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

By agreed motion filed September 21, 2023, the parties inform the Court they have settled their dispute and request we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230703F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

THE CITY OF UNIVERSITY
PARK, Appellant

No. 05-23-00703-CV        V.

VERONICA GARCIA, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-22-04347-
C.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 26th day of September 2023.